ROBINSON v. MOSES H. CONE MEMORIAL HOSPITAL

No. 183A91

Case below: 102 N.C.App. 579

Motion by defendant to dismiss appeal for lack of substantial constitutional question allowed 12 June 1991.

SIPPE v. SIPPE

No. 40P91

Case below: 101 N.C.App. 194

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 12 June 1991. Motion by plaintiff pursuant to Rules 37 and 2 denied 12 June 1991.

SMITH v. LUMBERTON CLINIC OF SURGERY

No. 597P90

Case below: 100 N.C.App. 601

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 12 June 1991.

STATE v. BARBER

No. 217P91

Case below: 102 N.C.App. 580

Motion by the Attorney General to dismiss appeal for lack of substantial constitutional question allowed 12 June 1991. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 12 June 1991.

STATE v. BARRETT

No. 155P91

Case below: 101 N.C.App. 722

Motion by the Attorney General to dismiss appeal for lack of substantial constitutional question allowed 12 June 1991. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 12 June 1991.